IN RE: LEDET, LERIN L.          CASE NO. 09-14155

**BANK OF AMERICA, N.A.**

Debtor's Reimbursement

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

32-1/1110 TX 0

CHECK NUMBER: **1006**

DATE: 07/06/11

AMOUNT: ***********8.04

1939765

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 09-14155   B | Debtor: LEDET, LERIN L |

U.S. Bankruptcy Court
Eastern District of LA
Clerk of Court
500 Poydras St. B-601
New Orleans, LA 70130

*Eight Dollars And 04/100*

Barbara Rivera-Fulton
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑁ 001006 ⑁ ⑆ 111000121 ⑆ 4437859930 ⑁

7/8/11
DEPOSITED TO UNCLAIMED
UNDER $25.00.
DUE: DEBTOR

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228799   - KW
* * C O P Y * *
July 08, 2011
   15:56:37


 UNC.UNDER$25
   09-14155
Debtor.: LERIN L. LEDET
Trustee: Barbara Rivera-Fulton
Amount.:               $8.04 CH
Check#.: 1006


Total->  $8.04


FROM: RIVERA FULTON
```

# Barbara Rivera-Fulton
Chapter 7 Trustee
(504) 861-9200

P.O. Box 19980
New Orleans, Louisiana  70179

July 6, 2011

FILED
2011 JUL -8 P 1:36

CLERK
UNITED STATES
BANKRUPTCY COURT
NEW ORLEANS, LA

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA  70130

RE:   LEDET, LERIN L, USBC No. 09-14155 B

Dear Clerk:

Enclosed please find a check payable to the U. S. Bankruptcy Court for $8.04 drawn on the account for the above bankruptcy estate which represents the reimbursement of funds issued to the debtor. Debtor has apparently moved and left no forwarding address.

Accordingly, I ask that you please deposit the funds in the registry of the court as per 11 U.S.C. §347(a).

Very truly yours,

*Barbara Rivera-Fulton*

**Barbara Rivera-Fulton**
**Chapter 7 Trustee**

enclosure